UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASWINDER SINGH,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No.  1:26-cv-00127 DC SCR (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF Nos. 1, 8)

Petitioner is a federal immigration detainee representing himself in this habeas corpus action filed pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 2, 2026, the magistrate judge filed findings and recommendations which were served on all parties and contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  ECF No. 8.  Respondents filed objections to the findings and recommendations on March 2, 2026, stating they object "for the reasons set forth in the Respondents's return in opposition to the petition."  ECF No. 9.  However, Respondents' arguments were addressed by the magistrate judge in this case and have already been rejected by this court in other cases. *See M.M. v. Bondi,* No. 1:26-cv-00813-DC-AC, 2026 WL 604200 (E.D. Cal. Mar. 4, 2026); *Nasar v. Warden*, No. 2:26-cv-00433-DC-AC, 2026 WL 731160 (E.D. Cal. Mar. 16, 2026). Thus, Respondents' objections do not provide a basis upon

1

which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) are ADOPTED;

2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is GRANTED;

3. Within fourteen (14) days of issuance of this order, Respondents shall provide Petitioner with a bond hearing before an immigration judge at which the government shall bear the burden of justifying Petitioner's continued detention by clear and convincing evidence;

4. Respondents are further ordered to file a notice certifying compliance with the above provision within seven (7) days from the date of the bond hearing;

5. If Petitioner is granted release on bond, respondents shall return all of Petitioner's documents and possessions at the time of release; and

6. The Clerk of the Court shall enter judgement in Petitioner's favor and close the case.

IT IS SO ORDERED.

Dated:    **March 17, 2026**

Dena Coggins
United States District Judge

2