UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASWINDER SINGH,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

No.  1:26-cv-00127 DC SCR

ORDER TO SHOW CAUSE

Petitioner is a federal immigration detainee representing himself in this closed habeas corpus action filed pursuant to 28 U.S.C. § 2241.  On March 18, 2026, District Judge Coggins ordered Respondents to provide Petitioner with a bond hearing within fourteen (14) days of her order and file a notice of compliance within seven (7) days from the date of the bond hearing. ECF No. 11 at 2.  To date Respondents have not filed a notice of compliance.  Accordingly, Respondents are ordered to show cause by April 23, 2026, why sanctions should not issue for failure to comply with Judge Coggin's order to file a notice of compliance.

DATED: April 20, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE